HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
CLAUDIA ESCOBAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:13-CR-0410 TLN |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **STIPULATION AND ORDER** |
| vs. | ) | **CONTINUING STATUS CONFERENCE** |
|  | ) | **AND EXCLUDING TIME** |
| CLAUDIA ESCOBAR, | ) |  |
|  | ) |  |
| Defendant. | ) | Date: February 13, 2014 |
|  | ) | Time:  9:30 a.m. |
|  | ) | Judge: Hon. Troy L. Nunley |

It is hereby stipulated and agreed between defendant, Claudia Escobar, and plaintiff, United States of America, that the status conference scheduled for February 13, 2014, may be rescheduled for March 13, 2014, at 9:30 a.m. and time under the Speedy Trial Act excluded as set forth below.

Defense counsel has yet to receive court and other records he must review in order to adequately advise Ms. Escobar about future proceedings.  Additional discovery was also received early this week and time is needed to review that as well.  So that these tasks may be completed, the parties request a continuance to March 13 and agree that the interests of justice to be served by the continuance outweigh the best interests of the public and Ms. Escobar in a speedy trial.  They ask the Court to exclude time under the Speedy Trial Act from the date of this

-1-

order through March 13, 2014, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

                                              Respectfully Submitted,

                                              HEATHER E. WILLIAMS
                                              Federal Defender

Dated:  February 11, 2014                /s/ T. Zindel_____
                                              TIMOTHY ZINDEL
                                              Assistant Federal Defender
                                              Attorney for CLAUDIA ESCOBAR


                                              BENJAMIN WAGNER
                                              United States Attorney

Dated:  February 11, 2014                /s/  T. Zindel for N. Desai_____
                                              NIRAV DESAI
                                              Assistant U.S. Attorney


**O R D E R**

      The status conference is continued to March 13, 2014, at 9:30 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through March 13, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

      IT IS SO ORDERED.

Dated: February 11, 2014

                                              Troy L. Nunley
                                              United States District Judge