HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
CLAUDIA ESCOBAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:13-CR-0410 TLN |
|---|---|
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| CLAUDIA ESCOBAR, | ) |
| Defendant. | ) Date:  March 13, 2014
) Time:  9:30 a.m.
) Judge:  Hon. Troy L. Nunley |

It is hereby stipulated and agreed between defendant, Claudia Escobar, and plaintiff, United States of America, that the status conference scheduled for March 13, 2014, may be rescheduled for May 1, 2014, at 9:30 a.m. and time under the Speedy Trial Act excluded as set forth below.

Defense counsel's investigation is ongoing.  The defense still awaits records from the attorney who represented Ms. Escobar in the state case that resulted in her removal.  The defense also seeks additional time to consult with an immigration expert re a possible challenge to the removal proceedings that underlay the pending indictment.  So that these tasks may be completed, the parties request a continuance to May 1, 2014, and agree that the interests of justice to be served by the continuance outweigh the best interests of the public and Ms. Escobar

in a speedy trial. They ask the Court to exclude time under the Speedy Trial Act from the date of this order through May 1, 2014, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

                                      Respectfully Submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Dated:  March 10, 2014          /s/ T. Zindel_____
                                      TIMOTHY ZINDEL
                                      Assistant Federal Defender
                                      Attorney for CLAUDIA ESCOBAR


                                      BENJAMIN WAGNER
                                      United States Attorney

Dated:  March 10, 2014          /s/  T. Zindel for N. Desai     ____
                                        NIRAV DESAI
                                      Assistant U.S. Attorney


**O R D E R**

      The status conference is continued to May 1, 2014, at 9:30 a.m. The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through May 1, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

      IT IS SO ORDERED.

Dated: March 12, 2014

                                                Troy L. Nunley
                                              United States District Judge