HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

916-498-5700/Fax 916-498-5710

Attorney for Defendant
CLAUDIA ESCOBAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>CLAUDIA ESCOBAR,<br><br>  Defendant. | Case No.  2:13-CR-0410 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  May 1, 2014<br>Time:  9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

It is hereby stipulated and agreed between defendant, Claudia Escobar, and plaintiff, United States of America, that the status conference scheduled for May 1, 2014, may be rescheduled for June 12, 2014, at 9:30 a.m. and time under the Speedy Trial Act excluded as set forth below.

Defense counsel's investigation is ongoing.  The defense awaits review by an immigration expert re a possible challenge to the removal proceedings that underlay the pending indictment.  So that these tasks may be completed, the parties request a continuance to June 12 and agree that the interests of justice to be served by the continuance outweigh the best interests of the public and Ms. Escobar in a speedy trial.  They ask the Court to exclude time under the

-1-

Speedy Trial Act from the date of this order through June 12, 2014, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

                Respectfully Submitted,

                HEATHER E. WILLIAMS
                Federal Defender

Dated:  April 29, 2014        /s/ T. Zindel_____
                TIMOTHY ZINDEL
                Assistant Federal Defender
                Attorney for CLAUDIA ESCOBAR

                BENJAMIN WAGNER
                United States Attorney

Dated:  April 29, 2014        /s/  T. Zindel for N. Desai _____
                NIRAV DESAI
                Assistant U.S. Attorney

**O R D E R**

The status conference is continued to June 12, 2014, at 9:30 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through June 12, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

    IT IS SO ORDERED.

Dated: April 29, 2014

                _____
                Troy L. Nunley
                United States District Judge