HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

916-498-5700/Fax 916-498-5710

Attorney for Defendant
CLAUDIA ESCOBAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:13-CR-0410 TLN |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| CLAUDIA ESCOBAR, | |
| Defendant. | Date: June 12, 2014<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

It is hereby stipulated and agreed between defendant, Claudia Escobar, and plaintiff, United States of America, that the status conference scheduled for June 12, 2014, may be rescheduled for June 26, 2014, at 9:30 a.m. and time under the Speedy Trial Act excluded as set forth below.

Defense counsel's investigation is ongoing.  The defense awaits further consultation with an immigration expert re a possible challenge to the removal proceedings that underlay the pending indictment.  So that these tasks may be completed, the parties request a continuance to June 26 and agree that the interests of justice to be served by the continuance outweigh the best interests of the public and Ms. Escobar in a speedy trial.  They ask the Court to exclude time

under the Speedy Trial Act from the date of this order through June 26, 2014, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

                        Respectfully Submitted,

                        HEATHER E. WILLIAMS
                        Federal Defender

Dated:  June 10, 2014         /s/ T. Zindel_____
                        TIMOTHY ZINDEL
                        Assistant Federal Defender
                        Attorney for CLAUDIA ESCOBAR


                        BENJAMIN WAGNER
                        United States Attorney

Dated:  June 10, 2014         /s/  T. Zindel for N. Desai\_\_\_\_\_
                        NIRAV DESAI
                        Assistant U.S. Attorney

**O R D E R**

The status conference is continued to June 26, 2014, at 9:30 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through June 26, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

     IT IS SO ORDERED.

Dated: June 12, 2014

                                              Troy L. Nunley
                                              United States District Judge