HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

916-498-5700/Fax 916-498-5710

Attorney for Defendant
CLAUDIA ESCOBAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLAUDIA ESCOBAR,<br><br>Defendant. | Case No.  2:13-CR-0410 TLN<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:   September 25, 2014<br>Time:   9:30 a.m.<br>Judge:  Hon. Troy L. Nunley |

It is hereby stipulated and agreed between defendant, Claudia Escobar, and plaintiff, United States of America, that the status conference scheduled for September 25, 2014, may be rescheduled for October 2, 2014, at 9:30 a.m. and time under the Speedy Trial Act excluded as set forth below.

The parties have agreed to resolve the case by plea agreement but have asked Probation to add information to its pre-plea presentence report. The parties expect to proceed with change of plea and sentencing on October 2. So that these tasks may be completed, the parties request a continuance to that date and agree that the interests of justice to be served by the continuance outweigh the best interests of the public and Ms. Escobar in a speedy trial. They ask the Court to

exclude time under the Speedy Trial Act from the date of this order through October 2, 2014, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

Respectfully Submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated:  September 22, 2014                /s/ T. Zindel_____
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for CLAUDIA ESCOBAR


BENJAMIN WAGNER
United States Attorney

Dated:  September 22, 2014                /s/  T. Zindel for N. Desai\_\_\_\_\_ \_
NIRAV DESAI
Assistant U.S. Attorney


**O R D E R**

The status conference is continued to October 2, 2014, at 9:30 a.m.  The court finds that a continuance is necessary for the reasons stated above and that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through October 2, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: September 24, 2014

_____
Troy L. Nunley
United States District Judge